Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  15–18426–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lisa M Clement
aka Lisa Mollica
1970 Sunset Ave
Vineland, NJ 08360

Social Security No.:
xxx–xx–9944

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 25, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-18426-JNP
Lisa M Clement                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Oct 25, 2019
                              Form ID: 148         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
```
db          +Lisa M Clement,   1970 Sunset Ave,   Vineland, NJ 08360-2644
cr          +PNC BANK, N.A.,   3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5421
lm          +PNC Bank, NA,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
515493811   +Apex Assest Management,   1891 Santa Barbara Dr #204,   Lancaster, PA 17601-4106
515493812    Arm,   P.O. Box 129,   Thorofare, NJ  08086-0129
515493814   +Cardiovascaulat Associates Of Del Val,   120 White Horse Pike Ste 112,
              Haddon Heights, NJ 08035-1994
515493818    Inspira Health Network,   PO Box 48274,   Newark, NJ  07101-8474
515493819   +Integrity Advance,LLC,   300 Creek View Road,   Newark, DE 19711-8546
515493824   +Jefferson University Hospital,   PO Box 8500--3100,   Philadelphia, PA 19178-0001
515493825    Medical Payment Data,   3901 S Jamaica Ct Ste 200,   Aurora, CA  80014
515493826    Office Of Attorney General,   Richard J Hughes Justice Complex,   25 Market St, P.O. Box 112,
              Trenton, NJ  08625-0112
515493827   +PNC Bank,   1 Financial Parkway,   Klamazoo, MI 49009-8002
515719110   +PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.,   3232 NEWMARK DRIVE, ATTN: BANKRUPTCY,
              MIAMISBURG, OH 45342-5421
515493828  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State Of New Jersey,   Divison Of Taxes,   P.O. Box 245,
              Trenton, NJ  08695)
515493829    State Of New Jersey,   Division Of Employer Accounts,   PO Box 379,   Trenton, NJ  08624-0379
515493830   +Terminix,   650 Grove Road,   Paulsboro, NJ 08066-1850
515664959   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, Texas 75001-9013
515513945   +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: pmarraffa@standingtrustee.com Oct 26 2019 01:18:13     Isabel C. Balboa,
             Chapter 13 Standing Trustee,   Cherry Tree Corporate Center,   535 Route 38 - Suite 580,
             Cherry Hill, NJ 08002-2977
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:10     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: DRIV.COM Oct 26 2019 04:38:00     Santander Consumer USA Inc.,,   P.O. Box 961245,
             Fort Worth, TX 76161-0244
cr           EDI: TFSR.COM Oct 26 2019 04:38:00     Toyota Motor Credit Corporation,   PO Box 9490,
             Cedar Rapids, IA  52409-9490
515493813   +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 26 2019 01:20:23
             Berks Credit & Collection,   900 Corporate Drive,   Reading, PA 19605-3340
515493815    EDI: AMINFOFP.COM Oct 26 2019 04:38:00     First Premier,   3820 N. Louise Ave,
             Sioux Falls, SD  57107-0145
515493816    EDI: AMINFOFP.COM Oct 26 2019 04:38:00     First Premier Bank,   PO Box 5519,
             Sioux Falls, SD  57117-5519
515493817   +E-mail/Text: bky@martonelaw.com Oct 26 2019 01:15:31     Frank J. Martone, P.C.,
             1455 Broad Street,   Bloomfield, NJ 07003-3068
515493823   +EDI: IRS.COM Oct 26 2019 04:38:00     Internal Revenue Service,   1601 Market Street,
             Philadelphia, PA 19103-2301
515713929   +EDI: JEFFERSONCAP.COM Oct 26 2019 04:38:00     Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515493831    EDI: TFSR.COM Oct 26 2019 04:38:00     Toyota Finance Company,   P.O. Box 5855,
             Carol Stream, IL  60197-5855
                                                                              TOTAL: 12
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515493822*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,   Po Box 724,   Springfield, NJ  07081)
515493820*   Internal Revenue Service,   Special Procedure Branch,   PO Box 744,
             Springfield, NJ  07081-0744
515493821*  +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Oct 25, 2019
                             Form ID: 148              Total Noticed: 30
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Christian  Del Toro   on behalf of Creditor   PNC BANK, N.A. cdeltoro@martonelaw.com,
           bky@martonelaw.com
          Frank J. Martone    on behalf of Loss Mitigation    PNC Bank, NA bky@martonelaw.com
          Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc.,
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC Bank, National Association
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Michael E. Blaine    on behalf of Creditor    Toyota Motor Credit Corporation
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
          Seymour  Wasserstrum   on behalf of Debtor Lisa M Clement mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                TOTAL: 9
```