| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: PNC Bank, National Association | Order Filed on December 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No:    15-18426 JNP<br><br>Chapter: 13<br><br>Judge:  Jerrold N. Poslusny Jr. |
| In Re:<br><br>Lisa M. Clement<br><br>      Debtor | |

## CONSENT ORDER GRANTING STAY RELIEF

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 5, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:		Lisa M. Clement
Case No.:	15-18426 JNP
Caption:	**CONSENT ORDER GRANTING STAY RELIEF**

    This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, upon a consent order to vacate the automatic stay as to the property located at 1970 Sunset Avenue, Vineland, NJ, 08360, and with the consent of Seymour Wasserstrum, Esq., counsel for the Debtor, Lisa M. Clement,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 1970 Sunset Avenue, Vineland, NJ, 08360 is hereby vacated immediately.

I hereby agree and consent to the above terms and conditions:		Dated:	12/4/19

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:		Dated:	12/3/19

*/s/ Seymour Wasserstrum*
SEYMOUR WASSERSTRUM, ESQ., ATTORNEY FOR DEBTOR