| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: PNC Bank, National Association |
| In Re:<br><br>Lisa M. Clement<br><br>    Debtor |

Order Filed on December 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No:     15-18426 JNP

Chapter: 13

Judge:  Jerrold N. Poslusny Jr.

**CONSENT ORDER GRANTING STAY RELIEF**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 5, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:        Lisa M. Clement
Case No.:      15-18426 JNP
Caption:       **CONSENT ORDER GRANTING STAY RELIEF**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, upon a consent order to vacate the automatic stay as to the property located at 1970 Sunset Avenue, Vineland, NJ, 08360, and with the consent of Seymour Wasserstrum, Esq., counsel for the Debtor, Lisa M. Clement,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 1970 Sunset Avenue, Vineland, NJ, 08360 is hereby vacated immediately.

I hereby agree and consent to the above terms and conditions:        Dated:   12/4/19

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   12/3/19

*/s/ Seymour Wasserstrum*
SEYMOUR WASSERSTRUM, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa M Clement  
    Debtor

Case No. 15-18426-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 05, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
db          #+Lisa M Clement,    1970 Sunset Ave,    Vineland, NJ 08360-2644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
         Christian Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com, bky@martonelaw.com
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    PNC BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Frank J. Martone    on behalf of Loss Mitigation    PNC Bank, NA bky@martonelaw.com
         Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Michael E. Blaine    on behalf of Creditor    Toyota Motor Credit Corporation tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
         Seymour Wasserstrum    on behalf of Debtor Lisa M Clement mylawyer7@aol.com, ecf@seymourlaw.net
                                                                                                                  TOTAL: 11