Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15–18426–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lisa M Clement
aka Lisa Mollica
1970 Sunset Ave
Vineland, NJ 08360

Social Security No.:
xxx–xx–9944

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on September 9, 2016.

On December 17, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:    February 5, 2020
Time:    09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 18, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-18426-JNP
Lisa M Clement                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin          Page 1 of 2             Date Rcvd: Dec 18, 2019
                         Form ID: 185         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
```
db              #+Lisa M Clement,    1970 Sunset Ave,    Vineland, NJ 08360-2644
cr               +PNC BANK, N.A.,    3232 NEWARK DRIVE,    MIAMISBURG, OH 45342-5421
lm               +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr               +Santander Consumer USA Inc.,,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr              ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Corporation,    PO Box 9490,
                   Cedar Rapids, IA  52409-9490)
515493811        +Apex Assest Management,    1891 Santa Barbara Dr #204,    Lancaster, PA 17601-4106
515493812         Arm,    P.O. Box 129,    Thorofare, NJ  08086-0129
515493814        +Cardiovascaulat Associates Of Del Val,    120 White Horse Pike Ste 112,
                   Haddon Heights, NJ 08035-1994
515493815         First Premier,    3820 N. Louise Ave,    Sioux Falls, SD  57107-0145
515493816         First Premier Bank,    PO Box 5519,    Sioux Falls, SD  57117-5519
515493818         Inspira Health Network,    PO Box 48274,    Newark, NJ  07101-8474
515493819        +Integrity Advance,LLC,    300 Creek View Road,    Newark, DE 19711-8546
515493824        +Jefferson University Hospital,    PO Box 8500--3100,    Philadelphia, PA 19178-0001
515493825         Medical Payment Data,    3901 S Jamaica Ct Ste 200,    Aurora, CA  80014
515493826         Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                   Trenton, NJ  08625-0112
515493827        +PNC Bank,    1 Financial Parkway,    Klamazoo, MI 49009-8002
515719110        +PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.,    3232 NEWMARK DRIVE, ATTN: BANKRUPTCY,
                   MIAMISBURG, OH 45342-5421
515493828       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State Of New Jersey,    Divison Of Taxes,    P.O. Box 245,
                   Trenton, NJ  08695)
515493829         State Of New Jersey,    Division Of Employer Accounts,    PO Box 379,    Trenton, NJ  08624-0379
518538758        +Stater of New Jersey Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
515493830        +Terminix,    650 Grove Road,    Paulsboro, NJ 08066-1850
515493831         Toyota Finance Company,    P.O. Box 5855,    Carol Stream, IL  60197-5855
515664959        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013
515513945        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                   Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +E-mail/Text: pmarraffa@standingtrustee.com Dec 19 2019 00:31:05      Isabel C. Balboa,
                   Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                   Cherry Hill, NJ 08002-2977
smg               E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:13      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:10      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
515493813        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 19 2019 00:33:18
                   Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
515493817        +E-mail/Text: bky@martonelaw.com Dec 19 2019 00:31:00      Frank J. Martone, P.C.,
                   1455 Broad Street,    Bloomfield, NJ 07003-3068
515493823        +E-mail/Text: cio.bncmail@irs.gov Dec 19 2019 00:31:20      Internal Revenue Service,
                   1601 Market Street,    Philadelphia, PA 19103-2301
515713929        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2019 00:32:28      Premier Bankcard, Llc,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515493822*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,    Po Box 724,    Springfield, NJ  07081)
515493820*        Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                   Springfield, NJ  07081-0744
515493821*       +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Dec 18, 2019
                               Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Christian  Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com,
               bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Loss Mitigation    PNC Bank, NA bky@martonelaw.com
              Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.,
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Seymour   Wasserstrum    on behalf of Debtor Lisa M Clement mylawyer7@aol.com,    ecf@seymourlaw.net
                                                                                                 TOTAL: 11
```