Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−18426−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M Clement
   aka Lisa Mollica
   1970 Sunset Ave
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−9944

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after June 8, 2020 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: May 8, 2020
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa M Clement  
    Debtor

Case No. 15-18426-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1  Date Rcvd: May 08, 2020  
                  Form ID: clsnodsc  Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.
db          #+Lisa M Clement,    1970 Sunset Ave,    Vineland, NJ 08360-2644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: pmarraffa@standingtrustee.com May 08 2020 22:51:08     Isabel C. Balboa,
               Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
               Cherry Hill, NJ 08002-2977
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 08 2020 22:51:39     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2020 22:51:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                                                          TOTAL: 3

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:
             Christian Del Toro    on behalf of Creditor   PNC BANK, N.A. cdeltoro@martonelaw.com,
              bky@martonelaw.com
             Denise E. Carlon    on behalf of Creditor   PNC BANK, N.A. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Frank J. Martone    on behalf of Creditor   PNC BANK, N.A. bky@martonelaw.com
             Frank J. Martone    on behalf of Loss Mitigation    PNC Bank, NA bky@martonelaw.com
             Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
             Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
              summarymail@standingtrustee.com
             John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.,
              ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
             Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association
              kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
             Michael E. Blaine     on behalf of Creditor    Toyota Motor Credit Corporation
              tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
              p.com
             Seymour  Wasserstrum    on behalf of Debtor Lisa M Clement mylawyer7@aol.com,
              ecf@seymourlaw.net;r47769@notify.bestcase.com
                                                                                                                                                                     TOTAL: 11