Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:   15–18426–JNP
                    Chapter:   13
                    Judge:   Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M Clement
   aka Lisa Mollica
   1970 Sunset Ave
   Vineland, NJ 08360

Social Security No.:
   xxx–xx–9944

Employer's Tax I.D. No.:

---

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 12, 2020</u>                  <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court